UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 7, 2019

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| ANTONIO LOVELACE, | : | VIOLATIONS: |
| GREGORY WILLIAMS, | : | 18 U.S.C. § 922(g)(1) |
| ROLAND HOWARD, and | : | (Unlawful Possession of a Firearm and |
| JERMAINE CAMPBELL, | : | Ammunition by a Person Convicted of a |
| | : | Crime Punishable by Imprisonment for a |
| Defendants. | : | Term Exceeding One Year) |
| | : | 21 U.S.C. § 841(a)(1) |
| | : | and § 841(b)(1)(B)(iii) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute 28 Grams or More of |
| | : | Cocaine Base) |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute Cocaine) |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute a Mixture and Substance |
| | : | Containing a Detectable Amount of |
| | : | Phencyclidine) |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(D) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute Marijuana) |
| | : | 18 U.S.C. § 924(c)(1) |
| | : | (Using, Carrying, and Possessing a |
| | : | Firearm During a Drug Trafficking |
| | : | Offense) |
| | : | |
| | : | FORFEITURE: 18 U.S.C. § 924(d), |
| | : | 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c) |

## I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about February 13, 2020, within the District of Columbia, **ANTONIO LOVELACE**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the United States District Court for the District of Columbia, Criminal Case No. 03-CR-00162, did unlawfully and knowingly receive and possess firearms, namely, a Smith and Wesson, 9mm semi-automatic pistol, a FNH FNP-45, .45 caliber semi-automatic pistol, a Glock 27, .40 caliber semi-automatic pistol, and a loaded Smith and Wesson, .40 caliber semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, namely, 9mm ammunition, .45 caliber ammunition, and .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about February 13, 2020, within the District of Columbia, **GREGORY WILLIAMS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 1995-FEL-004725, did unlawfully and knowingly receive and possess firearms, namely, a Smith and Wesson, 9mm semi-automatic pistol, a FNH FNP-45, .45 caliber semi-automatic pistol, a Glock 27, .40 caliber semi-automatic pistol, and a loaded Smith and Wesson, .40 caliber semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, namely,

9mm ammunition, .45 caliber ammunition, and .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

### COUNT THREE

On or about February 13, 2020, within the District of Columbia, **JERMAINE CAMPBELL**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2005-FEL-001197, did unlawfully and knowingly receive and possess firearms, namely, a Smith and Wesson, 9mm semi-automatic pistol, a FNH FNP-45, .45 caliber semi-automatic pistol, a Glock 27, .40 caliber semi-automatic pistol, and a loaded Smith and Wesson, .40 caliber semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, namely, 9mm ammunition, .45 caliber ammunition, and .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

### COUNT FOUR

On or about February 13, 2020, within the District of Columbia, **ANTONIO LOVELACE**, **GREGORY WILLIAMS**, **ROLAND HOWARD**, and **JERMAINE CAMPBELL**, did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack

cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 28 grams or more.

**(Unlawful Possession with Intent to Distribute 28 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

## COUNT FIVE

On or about February 13, 2020, within the District of Columbia, **ANTONIO LOVELACE, GREGORY WILLIAMS, ROLAND HOWARD**, and **JERMAINE CAMPBELL**, did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

**(Unlawful Possession with Intent to Distribute Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT SIX

On or about February 13, 2020, within the District of Columbia, **ANTONIO LOVELACE, GREGORY WILLIAMS, ROLAND HOWARD**, and **JERMAINE CAMPBELL**, did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.

**(Unlawful Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C)

## COUNT SEVEN

On or about February 13, 2020, within the District of Columbia, **ANTONIO LOVELACE, GREGORY WILLIAMS, ROLAND HOWARD**, and **JERMAINE**

CAMPBELL, did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(**Unlawful Possession with Intent to Distribute Marijuana**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

## COUNT EIGHT

On or about February 13, 2020, within the District of Columbia, **ANTONIO LOVELACE**, **GREGORY WILLIAMS**, **ROLAND HOWARD**, and **JERMAINE CAMPBELL**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which they may be prosecuted in a court of the United States, that is, Counts Four through Seven of this Indictment which are incorporated herein, firearms, namely, a Smith and Wesson, 9mm semi-automatic pistol, a FNH FNP-45, .45 caliber semi-automatic pistol, a Glock 27, .40 caliber semi-automatic pistol, and a Smith and Wesson, .40 caliber semi-automatic pistol.

(**Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## FORFEITURE ALLEGATION

1. Upon conviction of any of the offenses alleged in Counts One, Two, Three and/or Eight of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of these offenses, including but not limited to a Smith and Wesson, 9mm semi-automatic pistol, a FNH FNP-45, .45 caliber semi-automatic pistol, a Glock 27, .40 caliber semi-automatic pistol, and a Smith and Wesson, .40

caliber semi-automatic pistol, 9mm ammunition, .45 caliber ammunition, and .40 caliber ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*TIMOTHY J. SHEA / GRR*
Attorney of the United States in
and for the District of Columbia.